CORWEIN
v.
HAMES.

CORWEIN *against* HAMES.

An action *qui tam*, &c. was bro't before a justice to recover the penalty for retailing liquors in the town of W without a license, a moiety of the penalty being given to the poor of the town of W. (Sess. 14. c. 164. 1 *N. R. L.* '76.) It was held that though the justice was an inhabitant of the town of W., his interest was too remote and contingent to afford a valid objection to his trying the cause.

IN ERROR, on *certiorari*, from a justice's court. *Hames* brought an action *qui tam*, &c. against *Corwein*, before the justice, for selling spirituous liquors, by retail, in the town of *Wall-kill*, without a license, &c. as required by the act for regulating inns and taverns, passed the 7th of *April*, 1801. (Sess. 24. c. 164. 1 *N. R. L.* 176.) One of the objections made by the defendant in the court below, was, that as a moiety of the penalty, if recovered, would go to the support of the poor of the town of *Wallkill*, in which the justice then lived, he had an interest in the cause. The objection was overruled, and the plaintiff having demanded a *venire*, the cause was tried by a jury, who found a verdict for the plaintiff, on which the justice gave judgment for 25 dollars.

The cause was submitted to the court without argument.

*Per Curiam.* The interest of the justice was too remote and contingent to be regarded in this case. The judgment must be affirmed.

Judgment affirmed.(*a*)

(*a*) 1 *Johns. Rep.* 486.